UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**      CHAPTER 13
                                     CASE NO. 08-62255-SWR
ANTHONY JOHNSON,      JUDGE STEVEN W RHODES
BEVERLY JEAN-BRADDY JOHNSON
Debtors
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The Trustee's check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM.# | TRUSTEE CLM.# | CLASS OF CLAIM | CHECK# | AMT. OF CHECK |
|---|---|---|---|---|---|
| ANTHONY JOHNSON BEVERLY JEAN-BRADDY JOHNSON 27510 KINGSGATE WAY APT 3 FARMINGTON HILLS, MI 48334 | | | Debtor Refund | 3512777 | $464.48 |
| TOTAL | | | | | $464.48 |

Dated: October 22, 2013

                                   /s/ Krispen S. Carroll
                                   KRISPEN S. CARROLL (P49817)
                                   Chapter 13 Trustee
                                   719 Griswold Street, Ste. 1100
                                   Detroit, MI  48226
                                   313/962-5035
                                   notice@det13ksc.com